UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**PATRINA FREEMAN,**

            *Plaintiff,*

-*vs*-

**TOWN OF IRONDEQUOIT, KIMMIE ROMEO, AND JOHN PERTICONE,**

            *Defendants.*

**NOTICE OF MOTION**
Civil Action No.: 6:22-cv-6136 (DGL)

**PLEASE TAKE NOTICE**

| | |
|---|---|
| **MOTION MADE BY:** | Defendants Town of Irondequoit, Kimmie Romeo, and John Perticone |
| **DATE, TIME AND PLACE OF HEARING:** | On a date to be set by the Court at the United States District Court for the Western District of New York at 100 State Street, Rochester, New York 14614 |
| **RELIEF SOUGHT:** | Dismissal of the Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 4(a), 12(b)(6) and 12(b)(7) |
| **GROUNDS FOR RELIEF:** | The Complaint should be dismissed pursuant to: Fed.R.Civ.P. 4(a) because the Defendants have not been served with a proper summons; Fed.R.Civ.P. 12(b)(6) because the Complaint fails to state a claim upon which relief may be granted; and Fed.R.Civ.P. 12(b)(7) because the Plaintiff failed to join a necessary party under Fed.R.Civ.P. 19. |
| **RESPONDING/REPLY PAPERS:** | Please take further notice that, pursuant to Local Rule 7(b)(2)(B), responding |

24435598.1

papers must be filed and served within fourteen (14) days after service of this motion, and that the moving defendants will have seven (7) days after service of the responding papers to file and serve reply papers.

**SUPPORTING PAPERS:** Declaration of Scott P. Rogoff, dated April 25, 2022, and Memorandum of Law in Support of Defendants' Motion to Dismiss.

**DATED:** April 25, 2022  **BARCLAY DAMON LLP**

By: /s/ Scott P. Rogoff

Scott P. Rogoff
*Attorneys for Defendants*
Town of Irondequoit, Kimmie Romeo, and John Perticone
Office and Post Office Address
2000 Five Star Bank Plaza
Rochester, New York 14620
Telephone: (585) 295-4418
Facsimile: (585) 295-8421
Email: srogoff@barclaydamon.com