UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PATRINA FREEMAN,

                        Plaintiff,

          v.

TOWN OF IRONDEQUOIT, KIMMY ROMEO,
and JOHN PERTICONE,

                        Defendants.

-----------------------------------------------------------------X

Case No. 22-cv-6136

**NOTICE OF MOTION TO AMEND**

PLEASE TAKE NOTICE that upon the annexed Declaration of Arthur Z. Schwartz, dated July 22, 2022, and the proposed First Amended Complaint annexed thereto, on a date to be set by the Court, at 100 State Street, Rochester, New York, Plaintiff shall move, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file her First Amended Complaint.

Dated: New York, New York
         July 22, 2022

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
*Attorneys for Plaintiff*

By:_____/s/ *Nathan McMurray*_____
       Nathan McMurray
505 Ellicott Street
Buffalo, New York 14203
(716) 517-5506
nmcmurray@advocatesny.com

By:_____/s/ *Arthur Z. Schwartz*_____
       Arthur Z. Schwartz
225 Broadway, Suite 1902
New York, New York 10007
(212) 285-1400/917-923-8136
aschwartz@afjlaw.com