# Proclamation

## Town of Irondequoit, NY



**WHEREAS**, the Town of Irondequoit strives to be a community that embraces its growing diversity, is inclusive to all, and treats every resident in an equitable manner; and

**WHEREAS**, through proclamation on June 19th, 2020, the Town Board of the Town of Irondequoit has affirmed that it is an organization committed to antiracism in practice and through its policies; and

**WHEREAS**, the Town Board wishes to develop policies, procedures, practices and programs that aim to overcome systemic and structural inequities; and

**WHEREAS**, an organization that represents a diverse population like that in the Town of Irondequoit must takes a leadership role helping the community at large combat racism in all forms; and

**WHEREAS**, the Town Board wishes to utilize the passion, experience and intelligence of stakeholders throughout the Irondequoit community to accomplish the objectives stated above; and

**NOW, LET IT BE RESOLVED**, that the Town Board supports the formation of the Irondequoit Commission Advancing Racial Equity (hereafter, "ICARE") whose charge shall be to review, identify, develop and recommend policies, procedures and practices for the Town Board's consideration that will make the Irondequoit community more equitable; and

**LET IT BE FURTHER RESOLVED** that ICARE shall be have three co-chairs and be comprised of no less than 15 members, all of whom shall live in the Irondequoit community or be employees of the Town of Irondequoit and whose majority composition shall be persons of color; and

**LET IT BE FURTHER RESOLVED** that ICARE shall submit to the Town Board a report that recommends strategies and action items for Town Government to consider that will strive to accomplish its core objectives of diversity, equity and inclusion; and

**LET IT BE FURTHER RESOLVED** that the Town Board is committed to providing administrative support for ICARE and intends for this commission to be a sustainable agent of positive charge for the Town of Irondequoit.

So declared on this day, the 20th of October

**DAVID SEELEY**
SUPERVISOR

**JOHN PERTICONE**
DEPUTY SUPERVISOR

**PETER WEHNER**
COUNCILMEMBER

**KIMIE ROMEO**
COUNCILMEMBER

**PATRINA FREEMAN**
COUNCILMEMBER