

# SPECIAL TOWN BOARD MEETING

## NOVEMBER 1, 2022

## 4:00 PM

## AGENDA

**PLEDGE OF ALLEGIANCE**

**ROLL CALL**

**ITEM(S) FOR BOARD ACTION**
11STB2022-1 **RESOLUTION** Adopting a Resolution Censuring a Councilmember

Resolution No. 2022-_____

## EXTRACT OF MINUTES OF A MEETING OF THE TOWN BOARD ADOPTING A RESOLUTION CENSURING COUNCILMEMBER PATRINA FREEMAN

At a special meeting of the Town Board of the Town of Irondequoit, Monroe County, New York held at the Town Hall, 1280 Titus Avenue, in said Town of Irondequoit, on the 1st day of November 2022, at 4:00 P.M. local time: there were

PRESENT:
Rory Fitzpatrick        Town Supervisor
Patrina Freeman         Town Board Member
John Perticone          Town Board Member
Kimie Romeo             Town Board Member
Peter Wehner            Town Board Member

Harter Secrest & Emery LLP        Attorney for the Town

Town Board Member _____ offered the following resolution and moved its adoption:

**WHEREAS**, the Town Board has a fundamental interest in ensuring the general welfare of citizens of the Town and in instilling and promoting confidence of the residents of the Town and the general public in the orderly and principled operation of Town government and the conduct of its affairs (Irondequoit Town Code § 40-13); and

**WHEREAS**, the proper administration of the government of the Town of Irondequoit requires its officers and employees, whether elected or appointed, paid or unpaid, to be independent, impartial and free from conflicts of interest in fulfilling their public responsibilities so that the public will have confidence in the integrity of its town government (Irondequoit Town Code §20-2); and

**WHEREAS**, under usual circumstances, the Town Board believes that in a democracy, the ballot box is the highest and best corrective action for elected officials who fail to act in the best interest of the Town and its residents and/or put their interests before those of the Town and its residents; and

**WHEREAS**, the Town Board acknowledges that in some instances, an elected official's improper actions are so egregious that a response is needed, and indeed deserved by the public, before the next opportunity to visit the ballot box occurs; and

**WHEREAS**, recently, the Town Board has been made aware of certain actions taken by Councilwoman Patrina Freeman that are antagonistic to the proper standard of conduct for elected officials who the people of Irondequoit trust to work for public's benefit, including:

11785793_1

1. On several occasions, Councilwoman Freeman tried to use Town resources for the benefit of an organization not part of the Town government, without prior Town Board approval. Specifically, despite knowing that ICARE is not entitled to use Town resources for free without prior Town Board approval, Councilwoman Freeman improperly sought for ICARE: use of Town conference rooms without the normal rental fee; use of public funds to purchase supplies for a non-Town events hosted by ICARE; coverage under the Town's insurance policy for a non-Town event hosted by ICARE at a local school; and payment by Town for ICARE website and associated technical support; and

2. Councilwoman Freeman frequently and consistently addressed Town employees and other elected Town officials in a demeaning and accusatory manner, often chastising them in open public, and on several occasions stating that she was "going to kill" a town employee and/or official who she perceived to have made a mistake, and on at least one occasion stating to a Town employee that "I am your boss" and "it's not going to be good for you if you don't do what I say"; and

3. While working on Town committees and boards, Councilwoman Freeman on many occasions refused to schedule meetings, ignored requests for input, or was otherwise uncommunicative, thereby frustrating the progression of work on behalf of the Town; and

4. Councilwoman Freeman consistently refused to meet with the Acting Town Supervisor, the Town Supervisor, and other Town Board members on an individual basis outside Town Board meetings to discuss Town business; and

5. Councilmember Freeman showed disinterest in, or disregard for, and otherwise was disruptive to Town business by excessively texting and emailing from the dais at Town Board meetings; and

6. Councilwoman Freeman improperly abstained from voting on a number of resolutions important to the operations of the Town, including without limitation on March 15, 2022, June 21, 2022, and July 12, 2022; and

7. Evidence suggests that Councilwoman Freemen revealed the substance of sensitive discussions held in executive sessions of the Town Board to people not on the Town Board;

8. Councilmember Freeman misrepresented the Town Supervisor's position on certain matters to the ICARE members, including telling the members that the Supervisor refused to meet with them; and

9. On at least one occasion, Councilmember Freeman threw papers at Town employees; and

10. On or about October 17, 2022, Councilwoman Freeman engaged the media to allege that she was assaulted by Town Supervisor Rory Fitzpatrick, despite being fully aware that after a police investigation, her claims could not be substantiated by evidence.

**NOW, THEREFORE BE IT RESOLVED**, as a result of these instances, the Town Board enacts the following censure against Councilwoman Freeman effective until the end of her current term:

1. The Town Board expresses to Councilwoman Freeman its desire that she conduct herself in a dignified and professional manner at all times while representing the Town and the people of Irondequoit.

2. Councilwoman Freeman must request and receive approval from the Town Board before incurring any expense on behalf of the Town.

3. Councilwoman Freeman may not contact any Town employee directly. Instead, Councilwoman Freeman shall direct any comments to or requests of Town employees to the Town's Director of Personnel (currently Jason Vinette), who will act as an intermediary for the communication.

4. Councilwoman Freeman is restricted from meeting with any Town employee outside the presence and supervision of the Town's Director of Personnel (currently Jason Vinette).

This censure shall take effect immediately and last through the end of Councilwoman Freeman's elected term. If this censure is violated, the Town Board will move forward with all available remedies, including without limitation, procedures for the removal of Councilwoman Freeman from the Town Board.

Seconded by the Town Board Member _____ and duly put to vote, which resulted as follows:

| | | | |
|---|---|---|---|
| Town Board Member | Wehner | voting | _____ |
| Town Board Member | Perticone | voting | _____ |
| Town Board Member | Romeo | voting | _____ |
| Town Board Member | Freeman | voting | _____ |
| Town Supervisor | Fitzpatrick | voting | _____ |