UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| PATRINA FREEMAN, Individually and as Chair of the Irondequoit Commission Advancing Racial Equality, | 22 Civ. 6136L |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| TOWN OF IRONDEQUOIT; KIMMIE ROMEO, Individually; and JOHN PERTICONE, Individually, | |
| Defendants. | |

------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Plaintiff appeals from the Decision and Order of Hon. David G. Larimer entered on January 23, 2023, dismissing the Complaint and closing the case.

Dated: New York, New York
       January 24, 2023

      /s/ *Arthur Z. Schwartz*
      ARTHUR Z. SCHWARTZ